_____

No. 95-3899
_____

Henry Robert Dumornay,          *
                                *
          Appellant,            *
                                * Appeal from the United States
     v.                         * District Court for the
                                * District of Minnesota.
United States of America,       *
                                *      [UNPUBLISHED]
          Appellee.             *

_____

          Submitted: March 6, 1996

             Filed: March 8, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


     Henry Robert Dumornay appeals from the District Court's[1] order
denying his 28 U.S.C. § 2255 (1994) motion.  After de novo review, we
conclude Dumornay is not entitled to relief.  Accordingly, we affirm the
judgment of the District Court.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Robert G. Renner, United States District Judge
for the District of Minnesota.